UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-7737-JFW (MRWx)**                                              Date:  December 10, 2013

Title:   Mildred Salguedo -v- Wells Fargo Bank, N.A., et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                             None Present
   Courtroom Deputy                                      Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
   None                                                                         None

**PROCEEDINGS (IN CHAMBERS):**      ORDER DENYING WELLS FARGO'S 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIFTH CLAIM FOR RELIEF FOR NEGLIGENT TRAINING AND SUPERVISION [filed 11/20/13; Docket No. 9]

   On November 20, 2013, Defendant Wells Fargo Bank, N.A. ("Defendant") filed a 12(b)(6) Motion to Dismiss Plaintiff's Fifth Claim for Relief for Negligent Training and Supervision ("Motion"). On December 4, 2013, Plaintiff Mildred Salguero ("Plaintiff") filed her Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for December 23, 2013 is hereby vacated and the matter taken off calendar. After considering the moving and opposing reply papers, and the arguments therein, the Court rules as follows:

   On December 3, 2013, Plaintiff filed an Amended Complaint.  In light of Plaintiff filing an Amended Complaint, Defendant's Motion is **DENIED as moot**.

   IT IS SO ORDERED.


                                                      Page 1 of  1                                          Initials of Deputy Clerk   sr